UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 1 3 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 03-30475 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00088-RRB |
| v. | District of Alaska, Anchorage |
| KENNETH S. ALEXANDER, | ORDER |
| Defendant - Appellant. | |

RECEIVED
JAN 2 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: CANBY, TALLMAN, and RAWLINSON, Circuit Judges.

G. Blair McCune's Motion to Withdraw as Counsel filed on December 30, 2005, is GRANTED.