DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone: (907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:03-CR-088-2-RRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR STATUS CONFERENCE** |
| KENNETH S. ALEXANDER, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its counsel, and submits this motion for a Status Conference.

Mr. Alexander has taken issue with certain supervised release procedures suggested by the probation officer, to wit: a drug testing schedule and a restitution payment agreement.

In view of the recent decisions in <u>United States v. Stephens</u>, 424 F.3d 876 (9th Cir. 2005) and <u>United States v. Gunning</u>, 339 F.3d 948 (9th Cir. 2003), the government would request a Status Conference to iron out the supervised release conditions to be imposed upon, and complied with, by Mr. Alexander.

Respectfully Submitted this 21st day of April 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Crandon Randell
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone: (907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006,
a copy of the foregoing was served on:

Kenneth Alexander
(through the Probation Office)

s/ Crandon Randell

KENNETH S. ALEXANDER
No. 3:03-CR-088-2-RRB                2