UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  KENNETH S. ALEXANDER 

DATE:   April 25, 2006      CASE NO.   3:03-CR-0088-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**

---

      Pursuant to the Motion for Status Conference (Docket 419), a status hearing will be held in this matter on **Friday, May 12, 2006, at 10:30 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING