```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                        USA    v.   ALEXANDER

DATE:    May 9, 2006      CASE NO.    3:03-CR-0088-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RESCHEDULING HEARING
```

The status hearing scheduled for May 12, 2006, is **rescheduled** and will be held on **Thursday, May 11, 2006, at 3:00 p.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING