Kenneth Alexander
Pro Se Defendant
3901 Taft Drive, #D-10
Anchorage, AK 99517
907-868-2936 (phone)
907-727-6914 (cell)



### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:03-cr-00088-02 (RRB) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **NOTICE AND MOTION** |
| | ) | |
| KENNETH S. ALEXANDER, | ) | Unconstitutional Action of United States Dept. of Probation. |
| | ) | |
| Defendant. | ) | |

COMES NOW, Kenneth S. Alexander, Defendant without assistance of counsel, by and own behalf.

Notice is hereby given that the United States Dept. of Probation, of this Court, has required the undersigned Pro Se Defendant to provide DNA sample, without cause and in violation of certain rights to be secure in person property unless justly warranted.

U.S. v. Alexander, Notice & Motion, Page 1

In addition to the Probation department's requirement to provide DNA sample, the undersigned is informed that 10% of his Disability Benefits are to tendered toward this Court's Order to pay $65,000.00 restitution.  That such funds are income subject to attachment.

The undersigned Pro Se Movant herein was sentenced to serve 40 months incarceration.  On March 6, 2006, was released as having satisfied his term of incarceration.  Currently, Movant herein is disabled and awaiting surgery and is unable to return to his last place of employment until medically released with 100% mobility

That any Orders by this Court, favoring the Government / Probation may require additional modification of the sentence with regard to the instant case.

On May 11, 2006 the undersigned was Ordered to file, with this Court, a post-conviction brief pursuant to the Ninth Circuit's 12/12/06 (Unpublished) Memorandum and Order of Limited Remand with regard to *U.S. vs. Ameline, 409 F.3d,* 1084-85 (9th Cir. 2005) (en banc).

In conclusion, your undersigned Movant request this Court grant him 30-days (to 07/11/06) extension to file his

**U.S. v. Alexander, Notice & Motion Page 2**

brief pursuant to *Ameline* Remand through which sentence modification and Probation Dept. requirements will be addressed.

It is further requested that a temporary "stay" of the Probation Dept. requirements to provide DNA sample and pay 10% of Disability Benefits pending this Court's review of the Limited Remand brief addressing those issues.

DATED at Anchorage May 23, 2006

Respectfully submitted,

_____
KENNETH S. ALEXANDER
Pro Se defendant

## AFFIDAVIT OF COUNSEL

Kenneth S. Alexander, being first duly sworn upon oath, deposes and says as follows:

I am the Defendant (Movant) in the above captioned case without assistance of counsel. I have read the forgoing Notice and Motion. The facts set out in the Notice and Motion are and correct to best of knowledge and belief.

Dated: May 23, 2006

_____
KENNETH S. ALEXANDER
Pro se Defendant

## PROOF OF SERVICE

As stipulated between parties hereto, I certify that I caused a true and correct copy the forgoing Notice and Motion to be served upon The United States Probation Department located at 222 West Seventh Avenue, Anchorage Alaska by electronic transmission to fax Number 907-271-3060 @ 8:30pm this 23rd of May, 2006.

_____
KENNETH S. ALEXANDER
Pro Se Defendant

U.S. v. Alexander, Notice & Motion Page 4