```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA


                  USA   v.   KENNETH ALEXANDER

DATE:     June 14, 2006    CASE NO.    3:03-CR-0088-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING EXTENSION OF TIME AND STAY
```

Defendant's Motion at Docket 44 is hereby **GRANTED**. Defendant's brief regarding remand is due by the close of business on **Tuesday, July 11, 2006.** Defendant is granted a temporary stay of the Probation Office's requirements to provide a DNA sample and pay 10% of disability benefits pending the Court's decision on remand.

M.O. GRANTING MOTION