UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


            __USA__  v.  __ELDRIDGE BRADLEY JR.__

DATE:   __July 10, 2006__   CASE NO.   __3:03-CR-0088-RRB__

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

        Pursuant to the Unopposed Motion to Reschedule Evidentiary Hearing at Docket 463, the hearing is **rescheduled** and will now be held on **Friday, July 21, 2006, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING