**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 USA   v.   ALEXANDER

DATE:   August 18, 2006    CASE NO.   3:03-CR-0088-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE BRIEFING**

═══════════════════════════════════════════════════════


On July 5, 2006, Defendant filed his "Brief Pursuant to Ninth Circuit Court of Appeals Order for Limited Remand" at Docket 462. The Government has failed to respond. The Government shall have until **September 1, 2006**, to file a responsive brief.