IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KENNETH S. ALEXANDER,<br><br>          Defendant. | Case No. 3:03-cr-0088-RRB<br><br>**ORDER REAFFIRMING SENTENCE** |

      Before the Court, upon remand from the United States Court of Appeals pursuant to <u>United States v. Ameline</u>, 409 F.3d 1073, is the question of whether the sentence imposed in this matter would have been materially different had the District Court known that the United States Sentencing Guidelines were advisory as opposed to mandatory.  The parties have briefed the issue and the Court concludes that the sentence in this matter would have been the same regardless of whether the guidelines were advisory or mandatory.  The sentence originally imposed is therefore hereby **REAFFIRMED**.

      ENTERED this 30th day of August, 2006.

      /s/ RALPH R. BEISTLINE
      UNITED STATES DISTRICT JUDGE