**United States District Court
For The District of Alaska**

RECEIVED
SEP 0 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

United States of America,       )   Case No. 3:03-cr-0088-RRB
                                )
        **Plaintiff,**           )
                                )
vs.                             )   **NOTICE OF APPEAL**
                                )
KENNETH ALEXANDER               )
                                )
        **Defendant.**           )
_____)

Appellant: Kenneth S Alexander
           3901 Taft Drive, #D-10
           Anchorage, AK 99517
Phone:     (907)727-6914

Appellant Attorney: **Pro Per**

On, 08/30/2006, United States District for Alaska confirmed illegal sentence in response to this circuit's Order for Limited Remand pursuant to *Ameline*.

I, Kenneth S Alexander, the above named appellant, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the above-stated judgment.

Dated: September 6, 2006

                                        *[signature]*
                                        KENNETH S ALEXANDER
                                        Appellant Pro Per