AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED

U.S. MARSHAL SERVICE
ALASKA

ORIGINAL

**RECEIVED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

SEP 2 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### UNITED STATES OF AMERICA

V.

KENNETH S. ALEXANDER

### SUMMONS IN A CRIMINAL CASE

Case Number: 3:03-cr-0088-RRB

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br><br>    Federal Building - U.S. Courthouse<br>    222 W. 7th Avenue<br>    Anchorage, Alaska 99513 | Room<br>Courtroom 2 |
|---|---|
| Before: Judge Ralph R. Beistline | Date and Time<br>September 29, 2006<br>11:00 a.m. |

To answer a(n)
[] Indictment   [] Information   [] Complaint    [] Violation Notice   [X] Probation Violation Petition

Charging you with a violation of: 4 conditions of supervised release.

Brief description of offense:

Defendant has violated mandatory, special, and standard conditions of supervised release per attached Petition.

Ida Romack, Clerk of Court

S

**REDACTED SIGNATURE**

t

Name and Title of Issuing Officer

9/15/2006 - Anchorage, AK

Date and Location

AO 83 (Rev. 12/85) Summons in a Criminal Case

---

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

---

**RETURN OF SERVICE**    *9/20/06*

Service was made by me on:[1]          Date

---

Check one box below to indicate appropriate method of service

---

☒ Served personally upon the defendant at: *U.S. Probation Office*
*222 W 7th Ave     Anchorage, AK 99573*

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

_____

☐ Returned unexecuted: _____

_____

_____

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: *9/20/06*          *Randy Johnson*
          Date              Name of United States Marshal


          ~~(by) Deputy United States Marshal~~
          *Senior U.S. Probation Officer*

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.