RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SEP 18 2006

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

FILED _____
DOCKETED _____

RECEIVED
SEP 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v Bradley et al
Court of Appeals No. (leave blank if unassigned): 06-30501
U.S. District Court Judge Name and Case No.: Ralph R Beistline 3:03-cr-00088-RRB
Date Complaint/Indictment/Petition Filed: 4/17/2003
Date Appealed Order/Judgment *entered*: 8/31/2006
Date NOA *filed*: 9/8/2006

Court Reporter(s) Name and Phone Number: Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _    Date Docket Fee billed: _
Date FP granted: _    Date FP denied: _
Is FP pending? __yes/no    Was FP Limited/Revoked?
US Government Appeal? __yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
Kenneth Alezander (Pro Per)             Crandon Randell
3901 Taft Dr #D-10                      222 W. 7th Ave #9
Anchorage, AK 99517                     Anchorage, AK 99513

__retained    __CJA    __FPD    __FPD    X__Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _    Address: _
Custody: X_
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _    9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
(907) 451-5791