MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. **KENNETH S. ALEXANDER**  CASE NO. **3:03-CR-00088-02-RRB**
Defendant: **X** Present   **X** On Summons

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES' ATTORNEY:      CRANDON RANDELL

U.S.P.O.:                     CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 09/29/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:03 a.m. court convened.

**X** Copy of Petition to Revoke Supervised Release given to defendant: read.

**X** Defendant advised of general rights, charges and penalties.

**X** Defendant **DENIED** allegations 1, 2, 3, & 4 of the Petition to Revoke Supervised Release.

**X** Evidentiary hearing set for **October 11, 2006 at 8:15 a.m. before Judge Beistline.**

**X** Conditions of Release **FILED**.

**X** OTHER: Court and counsel heard re defendant's oral motion to represent himself; **GRANTED**. Court and counsel heard re defendant's concerns with pending appeal on case. Court and counsel heard re scheduling issues; if hearing runs longer than 30 minutes then hearing will have to be continued.

At 11:19 a.m. court adjourned.

DATE:    September 29, 2006       DEPUTY CLERK'S INITIALS:    ce