MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KENNETH S. ALEXANDER   CASE NO. 3:03-cr-00088-02-RRB
Defendant: X Present  X On Bond

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        CRANDON RANDELL

U.S.P.O.:                       MICHAEL PENTANGELO

PROCEEDINGS: STATUS CONFERENCE (EVIDENTIARY HEARING ON PETITION
             TO REVOKE SUPERVISED RELEASE) HELD OCTOBER 11, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:16 a.m. court convened.

Court and counsel heard re plaintiff's oral motion to continue hearing and stay the petition to revoke supervised release; **GRANTED.** Status Hearing set for **December 13, 2006 at 9:00 a.m.**

Defendant's conditions of release remain as previously set.

At 8:22 a.m. court adjourned.

DATE:    October 11, 2006        DEPUTY CLERK'S INITIALS:   ak