UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 0 5 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30501 |
| Plaintiff - Appellee, | D.C. No. CR-03-00088-RRB |
| v. | District of Alaska, Anchorage |
| KENNETH S. ALEXANDER, | ORDER |
| Defendant - Appellant. | |

**RECEIVEr**

OCT 1 0 2006

CLERK, U.S. ᴅ……₁ COURᴊ
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Defendant was denied leave to proceed pro se on February 10, 2004, in appeal no. 03-30475. Accordingly, the court sua sponte appoints counsel for this appeal. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by November 15, 2006. The transcript is due December 15, 2006. Appellant's opening brief and excerpts of record are due January 24, 2007; appellee's answering brief is due February 23, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

06-30501

The Clerk shall serve this order on appellant individually.

*Peter L. Shaw*
General Order 6.3(e)