IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Appellee, )<br>)<br>vs. )<br>)<br>KENNETH S. ALEXANDER, )<br>)<br>Defendant/Appellant. )<br>) | <br><br><br><br><br><br><br>C.A. # 04-30475<br>D.C. # CR-A03-088 (RBB) |

### APPELLANT'S DESIGNATION OF RECORD

There is no hearing to be transcribed for this appeal from an Order of the District Court on Remand.

Defendant/Appellant designates the following:

      8-31-06     Order Reafirming Sentence

      8-30-06     Government's Response

      7-05-06     Defendant's Brief

Dated at Anchorage, Alaska this 16 day of November 2006.

                            HAGANS, AHEARN & WEBB
                            Attorneys for Defendant/Appellant

                            By:_____
                                Meredith A. Ahearn
                                Alaska Bar No. 6903001

310 K St. Ste 400
Anchorage, AK 99501
(907) 276-5294
haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 16 Day of November 2006, on::

Richard Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue #9, Room 253
Anchorage, AK  99513-7567


　　　　　 /s/
Meredith A. Ahearn