```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                     DISTRICT OF ALASKA
```

U.S.A. vs. KENNETH S. ALEXANDER   CASE NO. 3:03-cr-00088-02-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         CRANDON RANDELL

DEFENDANT'S ATTORNEY:            PRO SE

U.S.P.O.:                        MICHAEL PENTANGELO

PROCEEDINGS: STATUS HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD DECEMBER 13, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened.

Court and counsel heard re conditions of release and status of restitution payments.

Court and counsel heard re plaintiff's oral motion to dismiss allegation 4 of the Petition to Revoke Supervised Release; **GRANTED**.

Court heard; allegations 1, 2, and 3 of the Petition to Revoke Supervised Release **HELD IN ABEYANCE**. Status Conference set for **March 13, 2007 at 9:00 a.m.**

Defendant's conditions of release remain as previously set.

At 9:29 a.m. court adjourned.

DATE:     December 13, 2006      DEPUTY CLERK'S INITIALS:   ak