```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __KENNETH S. ALEXANDER__   CASE NO. __3:03-CR-00088-02-RRB__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY: _____CRANDON RANDELL_____

DEFENDANT'S ATTORNEY: _____PRO SE_____

U.S.P.O.: _____MICHAEL PENTANGELO_____

PROCEEDINGS: CONTINUED STATUS HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE HELD 3/13/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

Court and counsel heard re Government's oral motion to dismiss
Petition to Revoke Supervised Release; **GRANTED.**

At 9:03 a.m. court adjourned.

DATE: __MARCH 13, 2007__   DEPUTY CLERK'S INITIALS: __SCL__