UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30501 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00088-RRB |
| v. | District of Alaska, Anchorage |
| KENNETH S. ALEXANDER, | ORDER |
| Defendant - Appellant. | |

RECEIVED
MAR 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court:

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\03.07\ahh\06-30501.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 16 2007

by
Deputy Clerk