NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 3:03-cr-00088-02-RRB |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | PLAINTIFF'S APPLICATION FOR |
| KENNETH S. ALEXANDER,   ) | WRIT OF GARNISHMENT |
| ) | |
| Defendant.   ) | |
| ) | |

    Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against Defendant, Kenneth S. Alexander, SSN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮, last known address, 438 East 9th Avenue, Apt. D, Anchorage, AK 99501.

1.   Judgment in the amount of $65,552.57 was entered in this district against defendant on October 10, 2003.

2.   Amounts which have accrued since entry of judgment are: $4,035.72 in interest and $90.00 in accrued costs pursuant to 18 U.S.C. § 3612.

3.   Credit must be given for payments and partial satisfaction in the total amount of $132.00

4.   There remains a current unpaid balance of $65,420.57 in restitution, $4,035.72 in interest at the rate of 1.3% per annum, and post-judgment costs of $90.00, for a total amount of $69,546.29 which is due and owing as of July 29, 2008.

5.   At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

6.   The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

7.   The name and address of the garnishee or the authorized agent for the garnishee is:

```
State of Alaska
Department of Corrections
c/o Stephanie Galbraith Moore, Assistant Attorney General
Department of Law
Torts & Workers' Compensation Section
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
```

RESPECTFULLY SUBMITTED on this 8th day of August, 2008, at Anchorage, Alaska.

```
                              NELSON P. COHEN
                              UNITED STATES ATTORNEY


                              s/Bryan Schroder
                              BRYAN SCHRODER
                              Assistant U.S. Attorney
                              222 West 7th Avenue # 9, Room 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax:   (907) 271-1500
                              E-mail: bryan.schroder@usdoj.gov
                              AK # 0702003
```