

August 23, 2008

To: UNITED STATE DISTRICT COURT
DISTRICT OF ALASKA
Clerk of the Court
222 W. Seventh Avenue, #4
Anchorage, Alaska 99512-7564

From: Kenneth S. Alexander
1250 E. 8th Avenue
Apartment #1042
Anchorage, AK 99501

In re:   Case No.: **3:03-cr-00088-02-RRB, NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following the permanent change of mailing address of the undersigned, located at:

1250 East 8th Avenue, #1045
Anchorage, Alaska 99501

Please update your case files / records to reflect this change. The post office box, and phone number is unchanged.

Sincerely,

Kenneth S. Alexander
1250 East 8th Avenue
Apt. #1045
Anchorage, Alaska 99501
Telephone:   (907) 727-4261
Fax:         (800) 380-3253
Emailto: kenneth@world-international-corp.com