NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:03-CR-00088-02-RRB |
| )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KENNETH S. ALEXANDER )<br>) | <br><br><br><br><br>GARNISHEE'S ANSWER TO WRIT OF |
| Defendant, ) | GARNISHMENT FOR PERSONAL |
| ) | PROPERTY |
| and ) | |
| )<br>STATE OF ALASKA DEPARTMENT )<br>OF CORRECTIONS, )<br>)<br>)<br>Garnishee. )<br>) | |

From:    CLERK OF COURT
         UNITED STATES DISTRICT COURT
         DISTRICT OF ALASKA
         Room 261 U.S. Courthouse
         222 West 7th Avenue # 4
         Anchorage, Alaska 99513-7564

To:      State of Alaska
         Department of Corrections
         c/o Stephanie Galbraith Moore, Assistant Attorney General
         Department of Law
         Torts & Workers' Compensation Section
         1031 West 4th Avenue, Suite 200
         Anchorage, AK 99501

You are instructed that by law you must do the following:

Complete the following information and mail or deliver the original of this form to the Court at the address listed above within 10 days. Distribute the other copies of this form as shown in the "Distribution of Copies" on the final page of this form.

    I, __Stephanie Galbraith Moore__, BEING DULY
       (Affiant)

SWORN, DEPOSE AND STATE:

   IF GARNISHEE IS AN INDIVIDUAL:

   That I am the garnishee herein doing business in the name of

_____.
(State full name and address of business or entity)

   IF GARNISHEE IS A PARTNERSHIP:

   That I am a member of a partnership composed of

_____,
(State names of all partners)

of which the defendant-debtor is a partner.

   IF GARNISHEE IS A ~~CORPORATION~~ GOVERNMENT:

   That I am ~~the~~ an Assistant Attorney General
               (Official title)
of garnishee, __the State of Alaska__,
          (State name of corporation)

which is a ~~corporation~~ state government organized under the laws of the State of

_____.

1. The Garnishee has custody, control, or possession of the following property, in which the defendant-debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| a. | Money in the form of a check to be issued | $45,000 | Judgment in debtor's favor (see attached judgment) |
| b. | | | |
| c. | | | |
| d. | | | |

2. Garnishee anticipates owing the following amounts to the defendant-debtor in the future:

| | Amount | Estimated Date or Due Date |
|---|---|---|
| a. | $ 45,000 (see above) | The check will be issued on or about September 2, 2008 * |
| b. | $ | |
| c. | $ | |
| d. | $ | |

3. Check and complete the applicable line below if you claim that you <u>do not</u> hold property subject to attachment by this Writ of Garnishment.

   a. ____ The garnishee makes the following claim of exemption on behalf of the judgment debtor: _____

* To be withheld from debtor pursuant to Writ of Garnishment pending instructions and/or order from the court.

U.S. v. Alexander
3:03-CR-00088-02-RRB                    3

b. \_\_\_\_ The garnishee has the following objections, defenses, or set-offs to the United States' right to apply the judgment debtor's property/wages held by Garnishee to the United States' claim: _____.

c. \_\_\_\_ The Garnishee then is in no manner and upon no account indebted or under liability to the judgment debtor Kenneth S. Alexander, and the garnishee does not have in its/his/her possession or control any property belonging to the debtor or in which the debtor has an interest; and garnishee is in no manner liable to the debtor in this action.

4. Is debtor's personal property currently being garnished by a former lien? (   ) Yes.   ( X ) No.

Previous lien(s) is/are expected to terminate on _____ (date).

If debtor's personal property is subject to a lien from a previous Writ of Garnishment which is an ongoing garnishment, you shall continue paying on that Writ until it has been satisfied or otherwise terminated, at which time the attached Writ shall be in full force and effect until the TOTAL AMOUNT DUE stated on the Writ is paid in full.

5.  If the answer to #4 was "**No**," then commencing immediately, the service of the attached Writ of Garnishment upon you creates a continuing lien against the debtor's personal property effective upon the date you receive the Writ of Garnishment. **Do NOT pay out any garnishable property until further order of the Court.**

The Garnishee mailed a copy of this Answer by first-class mail on this ___27th___ day of ___August___, 2008, (1) to the Defendant-debtor Kenneth S. Alexander at P.O. Box 91941, Anchorage, AK 99509.

_____
GARNISHEE - STATE OF ALASKA

SUBSCRIBED AND SWORN TO before me this _27th_ day of _August_, 2008, at _Anchorage_, _Alaska_.

_____
NOTARY PUBLIC
State of _ALASKA_
My Commission Expires: _W/ Office_

U.S. v. Alexander
3:03-CR-00088-02-RRB                    5

## DISTRIBUTION FOR ANSWER OF GARNISHEE

The original + 1 copy of Answer of Garnishee must be mailed to:

> Clerk of Court
> United States District Court
> District of Alaska
> Room 261, Federal Bldg. & U.S. Courthouse
> 222 West 7th Avenue # 4
> Anchorage, Alaska 99513-7564.

One copy of this Answer of Garnishee must be mailed to:

> United States Attorney
> Attn: Financial Litigation Unit
> 222 West 7th Avenue # 9, Room 253
> Anchorage, Alaska 99513-7567.

One copy of this Answer of Garnishee must be mailed to the defendant debtor:

> Kenneth S. Alexander
> 438 East 9th Avenue, Apt. D
> Anchorage, AK 99501
>
> Kenneth S. Alexander
> P.O. Box 201504
> Anchorage, AK 99520-1504
>
> Kenneth S. Alexander
> P.O. Box 91941
> Anchorage, AK 99509

U.S. v. Alexander
3:03-CR-00088-02-RRB            6

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| KENNETH ALEXANDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF CORRECTIONS, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | AUG 26 2008 PM 04:29 <br> RECEIVED LAW AGO ANC <br><br> Case No.: 3AN-07-5151 CI |

**FINAL JUDGMENT**   (not seq 13)

IT IS ORDERED that in accordance with the Special Verdict entered herein on August 8, 2008, judgment is entered as follows:

· Plaintiff, Kenneth Alexander, d.o.b. 5/30/54, shall have judgment against the State of Alaska as follows:

| | | |
|---|---|---|
| 1. | Principal Amount (60% of $75,000) | $ 45,000 |
| 2. | Prejudgment Interest | $ -0- |
| 3. | Attorney's Fees | $ -0- |
| 4. | Allowable Costs | $ _____ |
| | Date Awarded: _____ | |
| | Clerk: _____ | |
| 5. | TOTAL JUDGMENT | $ _____ |

AUG 12 2008

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

6.  Post Judgment Interest Rate:                               __7.75__ %

DATED: __8/22/08__                          _____
                                            Peter A. Michalski
                                            Superior Court Judge

This certifies that on this date, a copy of the foregoing is being mailed to the following:

Kenneth S. Alexander
P.O. Box 201504
Anchorage, AK 99520-1504

__Heather R. Hebdon__ __8/10/08__
Heather R. Hebdon        Date

I certify that on 8-26-08 a copy of the above was mailed to each of the following at their addresses of record:
Kenneth Alexander
AAG Stephanie Galbraith Moore

_____
Administrative Assistant

Final Judgment
*Alexander v. State, et al.*
Case No.: 3AN-07-5151 CI
Page 2 of 2

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100