# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:03-cr-00088-02-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KENNETH S. ALEXANDER | Writ of Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEM: Stephanie Galbraith Moore, Asst. Attorney General, State of Alaska, Department of Law
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 1031 West 4th Avenue, Suite 200, Anchorage, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Bryan Schroder, Assistant U. S. Attorney
Financial Litigation Unit
222 West 7th Avenue, Rm. 253
Anchorage, AK 99513

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):* Serve the attached Garnishment packages on the State of Alaska, Department of Law, at the above address. (Documents attached: Writ, Application, Clerk's Notice, Plaintiff's Instruction to Garnishee, Garnishee's Answer form; Notice of Exemptions, Claim of Exemptions)

Signature of Attorney other Originator requesting service on behalf of: BRYAN SCHRODER, AUSA    ☑ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 907-271-5071
DATE: August 12, 2008

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 6 | No. 6 | Chuck Cearer | 8/12/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Same as above.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above): 1031 W. 4th Ave. Suite #200 Anchorage, AK

Date of Service: 8/20/08    Time: 12:50 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45 | | | | | |

REMARKS:

---

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06



RECEIVED SEP 04 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RECEIVED
SEP 04 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:03-CR-00088-02-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | WRIT OF GARNISHMENT |
| KENNETH S. ALEXANDER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO: State of Alaska
    Department of Corrections
    c/o Stephanie Galbraith Moore, Assistant Attorney General
    Department of Law
    Torts & Workers' Compensation Section
    1031 West 4th Avenue, Suite 200
    Anchorage, AK 99501

On October 10, 2003, the judgment captioned above was entered in the United States District Court, District of Alaska. Said judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor Kenneth S. Alexander, SSN: 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, DOB: May 30, 1954, last known address, 438 East 9th Avenue, Apt. D, Anchorage, AK 99501. The judgment was for:

$65,452.57        restitution

$100.00           special assessments

$65,552.57        JUDGMENT AS ENTERED.

According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of

judgment, to-wit:

$4,035.72            accrued interest
$90.00               accrued costs

CREDIT must be given for payments and partial satisfactions in the amount of:

$132.00       which have been credited to the judgment debt, leaving a net balance of:

$69,546.29    ACTUALLY DUE on July 29, 2008, the date of the request for issuance of this writ, of which

$65,420.57    is due on the judgment as entered and bears interest at the rate of 1.3% per annum.

YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property or funds owned by or owed to the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

<u>Within ten (10) days</u> of your receipt of this writ, you must file your written Answer to the writ electronically or by mailing or delivering it to:

   Clerk of Court
   United States District Court
   Room 261, Federal Bldg. & U.S. Courthouse
   222 W. 7th Avenue # 4
   Anchorage, Alaska 99513-7564.

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to Kenneth S. Alexander,

U.S. v. Alexander
3:03-CR-00088-02-RRB                    2

at his last known address of 438 East 9th Avenue, Apt. D, Anchorage, AK 99501. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim of Exemptions form which you will receive with this writ.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. <u>It is unlawful to pay or deliver</u>

U.S. v. Alexander
3:03-CR-00088-02-RRB                              3

<u>to the defendant any item attached by this writ.</u>

DATED this __15th__ day of August 2008, at ~~Anchorage,~~ Fairbanks Alaska.

                                           IDA ROMACK
                                           CLERK OF COURT

                                         **REDACTED SIGNATURE**
                                         By: Deputy Clerk

U.S. v. Alexander
3:03-CR-00088-02-RRB                  4