NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.schroder@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:03-CR-00088 (RRB) |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S MOTION FOR FINAL |
| | ) DECREE OF GARNISHMENT |
| KENNETH S. ALEXANDER, | ) |
| Defendant. | ) |

     Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby moves this Court to order the release of funds currently in the possession of garnishee State of Alaska Department of Corrections.

    1.   On or about August 15, 2008, a Writ of Garnishment was entered in this action attaching property owned by the defendant-debtor which was in the custody of garnishee State of Alaska Department of Corrections (hereinafter "State of Alaska").

2. On August 21, 2008, Defendant Kenneth Alexander was personally served by the United States Marshals Service with the Writ of Garnishment, Plaintiff's Application for Garnishment, Clerk's Notice of Garnishment, Notice of Exemptions, Plaintiff's Instructions to Debtor, and Claim of Exemptions and Request for Hearing form.

3. On August 20, 2008, the United States Marshals Service personally served garnishee State of Alaska with the legal notices required by 28 U.S.C. § 3205:  Writ of Garnishment, Plaintiff's Application for Garnishment, Clerk's Notice, Notice and Instructions to Claim Exemptions, and Plaintiff's Instruction to Garnishee.

4. On or about August 28, 2008, State of Alaska submitted its Answer to the Writ of Garnishment.  In its Answer the garnishee identified the following property belonging to or owed to the defendant as being in its possession:

> $45,000.00 due defendant Kenneth Alexander pursuant to a judgment award in State Court.

5. More than twenty (20) days have elapsed since Defendant was served with Writ of Garnishment.

6. More than twenty (20) days have elapsed since State of Alaska filed its Answer stating that it is in possession of non-exempt property belonging to the defendant.

7. Defendant has failed to file any claim, objection, or

other pleading in opposition to Plaintiff's garnishment. Pursuant to 28 U.S.C. § 3205(c)(7), Defendant's right to object to Plaintiff's attachment of the funds is now in default.

WHEREFORE, in accordance with 28 U.S.C. § 3205(c)(7), Plaintiff hereby requests this Court to issue a final decree of garnishment and order directing that funds described in Paragraph 4, above, currently held by garnishee State of Alaska, be paid to the Clerk of Court for deposit into U.S. Treasury Account "0022-6855XX" (XRNF) as payment toward Defendant's criminal restitution.

RESPECTFULLY SUBMITTED this 18th day of September, 2008, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.schroder@usdoj.gov
Alaska Bar No. 9008053

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that a true and correct copy of plaintiff's foregoing <u>Motion for Final Decree of Garnishment</u> was forwarded this 18th day of September, 2008, to the following:

U.S. Mail:

Kenneth S. Alexander
1250 E. 8th Avenue
Apt. 1042
Anchorage, AK 99501

Stephanie Galbraith Moore
Assistant Attorney General
State of Alaska
Department of Corrections
1031 West 4th Avenue, Ste. 200
Anchorage, AK 99501

                <u>s/Sean Robinson_____</u>
                Office of U.S. Attorney