NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.schroder@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No.  3:03-CR-00088 (RRB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PROPOSED** ORDER FOR FINAL |
|  | ) DECREE OF GARNISHMENT |
| KENNETH S. ALEXANDER, | ) |
| Defendant. | ) |

A Writ of Garnishment has been issued and served upon garnishee State of Alaska Department of Corrections.  Pursuant to the Writ of Garnishment, on August 28, 2008, the garnishee filed an Answer to the Writ of Garnishment stating that at the time of service of the Writ it had in its possession or under its control property belonging to defendant including:

> $45,000.00 due defendant Kenneth Alexander pursuant to a judgment award in State Court.

On August 21, 2008, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.  Defendant's right to object to the garnishment is now

in default pursuant to 28 U.S.C. § 3205(c)(7).

    IT IS HEREBY ORDERED:

    That a final decree of garnishment is hereby entered. Garnishee State of Alaska Department of Corrections shall pay the to the Clerk of Court, United States District Court the $45,000.00 in funds described in its Answer.  Said funds shall be made payable to "Clerk of Court," at 222 W. 7th Avenue, #4, Anchorage, Alaska, 99513-7564.  Funds received by the Clerk shall be deposited into U.S. Treasury Account "0022-6855XX", as payment credited to defendant's outstanding criminal restitution obligation.

    DATED this _____ day of _____, 2008, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE